UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 19-26340
CHRISTEN PACTON-GARCIA )
) Chapter: 13
) Honorable Jacqueline P Cox
)
)
Debtor(s) )

**ORDER GRANTING MOTION TO AUTHORIZE SALE UNDER 11 USC § 363 and SHORTEN NOTICE**

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. The Debtor and her ex-spouse are authorized to sell real estate located at 670 W. Berkley Lane, Hoffman Estates, IL 60169, (Permanent Index Number: 07-16-215-012-0000) for $267,000.00.

2. The Debtor shall forward a copy of the RESPA or Closing Disclosure Settlement Statement to the Chapter 13 Trustee in this case within 7 days after the closing.

3. At the closing, proceeds of the transaction shall be used to pay off all existing mortgages and other liens against the Debtor's real estate plus usual and customary closing costs and fees of the Debtor.

4. The Debtor's ex-spouse is allowed to retain one-half of the remaining proceeds after the mortgage and any other liens are paid off.

5. Except for the homestead exemption amount of $ 15,000.00, the balance remaining after payment of the amounts listed in paragraphs 3 and 4 shall be forwarded to the Chapter 13, Trustee MO Marshall, who must allocate that balance between creditors and the Debtor in the manner described in the Debtor's confirmed Chapter 13 plan or modification thereof.

6. Parties presently within the personal jurisdiction of the Bankruptcy Court may be subject to civil contempt remedies for violation of this order. If other entities, including the lender, title company, or other escrow-account holder, do not comply with this order, they may be subject to a suit to avoid and recover unauthorized postpetition transfers pursuant to 11 U.S.C. §§ 549 & 550.

7. Debtor's request to shorten notice is granted.

Enter: *Jacqueline P. Cox*
_____

Honorable Jacqueline Cox
Dated: August 09, 2021  United States Bankruptcy Judge

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
rbansfield@davidmsiegel.com